**SEALED**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

Clerk, U.S. District Court
Southern District of Texas
FILED

FEB 12 2020

David J. Bradley, Clerk of Cou..

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NUMBER |
| SHAWN ASHLEY FORD<br>AKA JOHN ASH FORD | § § § | C-20-338 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Between on or about April 1, 2019 up to and including the date of this indictment, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

SHAWN ASHLEY FORD
AKA JOHN ASH FORD,

knowingly and in reckless disregard of the fact that aliens had come to, entered, and remained in the United States in violation of law, did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jury, to transport, move, attempt to transport, and attempt to move said aliens within the United States in furtherance of such violation of law by any means of transportation including a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii),

1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).

A TRUE BILL:
<u>ORIGINAL SIGNATURE ON FILE</u>
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

By: _____
YIFEI ZHENG
Assistant United States Attorney